**Alton B. HORNBACK, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 01–5074.

United States Court of Appeals, Federal Circuit.

April 2, 2001.

Before MICHEL, CLEVENGER, and SCHALL, Circuit Judges.

*ORDER*

CLEVENGER, Circuit Judge.

The court has received a March 28, 2001 order from the Court of Federal Claims.

On March 8, 2001, the Court of Federal Claims dismissed Alton B. Hornback's complaint for lack of jurisdiction. Hornback appealed on March 19, 2001. The trial court's March 28 order states, in part:

This court has determined that its March 8, 2001, opinion and order contains errors that arise from oversight and omission. The court failed to accurately characterize and respond to plaintiff's contentions as set forth in the complaint and in plaintiff's response to defendant's motion to dismiss....

It would seem an inefficient waste of judicial resources to proceed with appellate review of an opinion and order that this court recognizes is erroneous and stands ready to correct. Accordingly, this court requests that the Federal Circuit remand this action back to this court so as to permit this court to correct the errors contained in its March 8, 2001, opinion and order....

Upon consideration thereof,

IT IS ORDERED THAT:

The request is granted and this case is remanded to the Court of Federal Claims for further proceedings.